[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 5, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12358
Non-Argument Calendar

_____

D. C. Docket No. 06-00518-CR-T-27-EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIER MARTINEZ,
 a.k.a. Victor Manuel

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(February 5, 2008)**

Before DUBINA, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Howard Anderson, an Assistant Federal Public Defender and appointed

counsel for Javier Martinez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Martinez's conviction and sentence are **AFFIRMED**.